[No. 58465-1-I. Division One. November 13, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT CURTIS TEALL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-09587-0, Julie A. Spector, J., entered June 26, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58592-4-I. Division One. November 13, 2007.]

BARBARA HAMILTON, *Appellant*, v. KIM WALTER FLETCHER, *Respondent*.

Appeal from a judgment of the Superior Court for What-com County, No. 05-2-00999-0, Ira Uhrig, J., entered June 30, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58603-3-I. Division One. November 13, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. WHITNEY C. PHILLIPS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-13343-7, Gregory P. Canova, J., entered July 24, 2006. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 58660-2-I. Division One. November 13, 2007.]

TWILA STEPHENS, *Respondent*, v. SAN JUAN COUNTY, *Defendant*, JIM CORENMAN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for San Juan County, No. 05-2-05122-2, Alan R. Hancock, J., entered July 10, 2006. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Grosse and Ellington, JJ.